PEOPLE, PLAINTIFF AND APPELLEE, v. ESTRADA ET AL.,
DEFENDANTS AND APPELLANTS.

APPEAL from the Second District Court of San Juan in a
Prosecution for Adulteration of Milk.—Motion to Amend
the Record.

No. 2232.—Decided February 29, 1924.

AMENDMENT OF RECORD—CERTIFICATE OF STENOGRAPHER.—A certificate of the
stenographer is not the proper means of bringing into the record on appeal
an order which was not included and whereby the court refused to dismiss
the prosecution.

The facts are stated in the opinion.

Mr. A. Agosto for the appellants.

Mr. José E. Figueras, Fiscal, for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The appellant here is desirous of showing the court's
action in response to a motion for dismissal in not having
a trial within 120 days from the presentation of the infor-
mation. He recited that the secretary failed to join the
order to the transcript and the said appellant accompanies
a certificate from the stenographer to show the order of the
court. We have frequently held that the stenographer is
powerless to certify a proceeding to this court. It must be
the court, the secretary or the attorneys, dependent upon
the matter to be certified. See especially section 356, Code
of Criminal Procedure.

If a matter is not of record in the court below it should
be made so by appropriate application.

The motion for correction should be overruled.

*Motion overruled.*

Chief Justice Del Toro and Justices Aldrey and Hutchi-
son concurred.

Mr. Justice Franco Soto took no part in the decision of
this case.